**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 147 MAL 2024 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 2540 EDA |
| | : 2022 entered on February 13, 2024, |
| CORDELL ANTHONY LIVINGSTON, | : **vacating and remanding** the Order |
| | : of the Delaware County Court of |
| Petitioner | : Common Pleas at No. CP-23-CR- |
| | : 0001995-2021 entered on August |
| | : 31, 2022 |

## ORDER

**PER CURIAM**                                          **DECIDED: October 21, 2025**

AND NOW, this 21st day of October, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Anderson*, 340 A.3d 297 (Pa. 2025).